# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                  Case Number: 07 C 6933

Central States, Southeast and Southwest Areas
Pension Fund, Central States, Southeast and Southwest
Areas Health and Welfare Fund, et al.
v.
AGL Resources, Inc., a Georgia Corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) <br> Fred L. Schwartz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Fred L. Schwartz |
| FIRM <br> Littler Mendelson P.C. |
| STREET ADDRESS <br> 200 N. LaSalle Street, Suite 2900 |
| CITY/STATE/ZIP <br> Chicago, IL 60601-1014 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6204341 | TELEPHONE NUMBER <br> (312) 372-5520 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |