# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD McDOUGALL, trustee,<br><br>                    Plaintiffs,<br><br>v.<br><br>AGL RESOURCES, INC., a Georgia Corporation; NUI CAPITAL CORP., a Florida corporation; and PIVOTAL UTILITY HOLDINGS, INC., f/k/a NUI UTILITIES, INC., a New Jersey corporation,<br><br>                    Defendants. | Case No. 07 C 6933<br>Judge Blanche M. Manning<br>Magistrate Judge Denlow |

## NOTICE OF FILING

TO:   Via the court's electronic filing system:

Frederick L. Schwartz
Littler Mendeleson P.C.
200 North LaSalle Street
Suite 2900
Chicago, Illinois 60601-1014

Alan A. Satyr
Littler Mendeleson P.C.
200 North LaSalle Street
Suite 2900
Chicago, Illinois 60601-1014

PLEASE TAKE NOTICE that on February 1, 2008, Plaintiffs filed with the Clerk of

the United States District Court for the Northern District of Illinois, Eastern Division the

F:251821 / 07310030 / 2/1/08                    -1-

attached First Amended Complaint, a copy of which is attached hereto and served upon you herewith.

                                                 Respectfully submitted,

                                                 s/ Rathna C. Rodgers
                                                 Rathna C. Rodgers (ARDC #06239131)
                                                 Attorney for Plaintiffs
                                                 Central States, Southeast and
                                                 Southwest Areas Pension Fund
                                                 9377 West Higgins Road
                                                 Rosemont, Illinois 60018-4938
                                                 (847) 518-9800, Ext. 3435

## CERTIFICATE OF SERVICE

I, Rathna C. Rodgers, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that on February 1, 2008, I caused the foregoing Notice of Filing and First Amended Complaint to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

          s/ Rathna C. Rodgers
Rathna C. Rodgers (ARDC #06239131)
One of Central States' Attorneys