IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND ) <br> SOUTHWEST AREAS PENSION FUND, ) <br> CENTRAL STATES, SOUTHEAST AND ) <br> SOUTHWEST AREAS HEALTH AND WELFARE ) <br> FUND, and HOWARD McDOUGALL, trustee, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AGL RESOURCES, INC., a Georgia Corporation; ) <br> NUI CAPITAL CORP., a Florida corporation; and ) <br> PIVOTAL UTILITY HOLDINGS, INC., ) <br> f/k/a NUI UTILITIES, INC., a New Jersey corporation, ) <br> ) <br> Defendants. ) | Case No. 07 C 6933 <br> Judge Blanche M. Manning <br> Magistrate Judge Denlow |

**NOTICE OF MOTION**

TO:   Via the court's electronic filing system:

Frederick L. Schwartz
Littler Mendeleson P.C.
200 North LaSalle Street
Suite 2900
Chicago, Illinois 60601-1014

Alan A. Satyr
Littler Mendeleson P.C.
200 North LaSalle Street
Suite 2900
Chicago, Illinois 60601-1014

PLEASE TAKE NOTICE that on Thursday, March 6, 2008, at the hour of 11:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Blanche M. Manning, Judge of the United States District Court for the

Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in his stead and present the attached Plaintiffs' Motion To Dismiss Counterclaim and Plaintiffs' Memorandum In Support of Motion To Dismiss Counterclaim.

                                              Respectfully submitted,

March 3, 2008                                s/ Rathna C. Rodgers
                                              Rathna C. Rodgers (ARDC #06239131)
                                              Attorney for Plaintiffs
                                              Central States, Southeast and Southwest
                                              Areas Pension Fund, Central States, Southeast
                                              and Southwest Areas Health and Welfare Fund
                                              9377 West Higgins Road
                                              Rosemont, Illinois 60018
                                              (847) 518-9800, Ext. 3435
                                              rrodgers@centralstatesfunds.org

## CERTIFICATE OF SERVICE

I, Rathna C. Rodgers, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that on March 3, 2008, I caused the foregoing Notice of Motion to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

    s/ Rathna C. Rodgers
Rathna C. Rodgers (ARDC #06239131)
One of the Plaintiffs' Attorneys