**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6933 |
| v. | ) ) ) | Judge Blanche M. Manning Magistrate Judge Denlow |
| AGL RESOURCES, INC., a Georgia Corporation; NUI CAPITAL CORP., a Florida corporation; and PIVOTAL UTILITY HOLDINGS, INC., f/k/a NUI UTILITIES, INC., a New Jersey corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:    Via the court's electronic filing system:

Frederick L. Schwartz
Littler Mendeleson P.C.
200 North LaSalle Street
Suite 2900
Chicago, Illinois 60601-1014

Alan A. Satyr
Littler Mendeleson P.C.
200 North LaSalle Street
Suite 2900
Chicago, Illinois 60601-1014

PLEASE TAKE NOTICE that on Tuesday, March 4, 2008, we filed with the Clerk of

the United States District Court for the Northern District of Illinois, Eastern Division, the

F:255344 / 07310030 / 3/4/08

-1-

attached Joint Initial Status Report, a copy of which is attached hereto and served upon

you herewith.

Respectfully submitted,


 s/ Rathna C. Rodgers
Rathna C. Rodgers (ARDC #06239131)
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3435
rrodgers@centralstatesfunds.org

## **CERTIFICATE OF SERVICE**

I, Rathna C. Rodgers, one of the attorneys for Plaintiffs, Central States, Southeast

and Southwest Areas Pension Fund, certify that on March 4, 2008, I caused the foregoing

Notice of Filing and the Joint Initial Status Report to be filed electronically.  This filing was

served on all parties indicated on the electronic filing receipt via the Court's electronic filing

system and those parties listed below.

 s/ Rathna C. Rodgers
Rathna C. Rodgers (ARDC #06239131)
One of the Plaintiffs' Attorneys

F:255344 / 07310030 / 3/4/08