UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:07−cv−06933
Honorable Blanche M. Manning

AGL Resources, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

MINUTE entry before Judge Blanche M. Manning :Motion hearing held on 3/6/2008. Status hearing held on 3/6/2008. Parties given to and including 5/30/2008 to amend all pleadings and to add any additional parties. Fact discovery ordered closed by 9/5/2008.Dispositive motions due by 11/6/2008. On plaintiffs' motion to dismiss counterclaim [21], response to be filed by 3/27/2008. Reply to be filed by 4/11/2008. Ruling by mail. New dates will be set forth in the ruling.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.