**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND ) <br> SOUTHWEST AREAS PENSION FUND, ) <br> CENTRAL STATES, SOUTHEAST AND ) <br> SOUTHWEST AREAS HEALTH AND WELFARE ) <br> FUND, and HOWARD McDOUGALL, trustee, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AGL RESOURCES, INC., a Georgia Corporation; ) <br> NUI CAPITAL CORP., a Florida corporation; and ) <br> PIVOTAL UTILITY HOLDINGS, INC., ) <br> f/k/a NUI UTILITIES, INC., a New Jersey corporation, ) <br> ) <br> Defendants. ) | Case No. 07 C 6933 <br> Judge Blanche M. Manning <br> Magistrate Judge Denlow |

**NOTICE OF FILING**

TO:   Via the court's electronic filing system:

| | |
|---|---|
| Frederick L. Schwartz <br> Littler Mendeleson P.C. <br> 200 North LaSalle Street <br> Suite 2900 <br> Chicago, Illinois 60601-1014 | Alan A. Satyr <br> Littler Mendeleson P.C. <br> 200 North LaSalle Street <br> Suite 2900 <br> Chicago, Illinois 60601-1014 |

PLEASE TAKE NOTICE that on Friday, April 11, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the

attached Central States' Reply Memorandum In Support Of Its Motion To Dismiss Counterclaim, a copy of which is attached hereto and served upon you herewith.

Respectfully submitted,

/s/ Rathna C. Rodgers
Rathna C. Rodgers (ARDC #06239131)
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3435
rrodgers@centralstatesfunds.org

## CERTIFICATE OF SERVICE

    I, Rathna C. Rodgers, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that on April 11, 2008, I caused the foregoing Notice of Filing and the Central States' Reply Memorandum In Support Of Its Motion To Dismiss Counterclaim to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system and those parties listed below.

                                     s/ Rathna C. Rodgers
                                     Rathna C. Rodgers (ARDC #06239131)
                                     One of the Plaintiffs' Attorneys