IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND ) <br> SOUTHWEST AREAS PENSION FUND, ) <br> CENTRAL STATES, SOUTHEAST AND ) <br> SOUTHWEST AREAS HEALTH AND WELFARE ) <br> FUND, and HOWARD McDOUGALL, trustee, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AGL RESOURCES, INC., a Georgia Corporation; ) <br> NUI CAPITAL CORP., a Florida corporation; and ) <br> PIVOTAL UTILITY HOLDINGS, INC., ) <br> f/k/a NUI UTILITIES, INC., a New Jersey corporation, ) <br> ) <br> Defendants. ) | Case No. 07 C 6933 <br> Judge Blanche M. Manning <br> Magistrate Judge Denlow |

**NOTICE OF MOTION**

TO:   <u>Via the court's electronic filing system:</u>

Frederick L. Schwartz
Littler Mendeleson P.C.
200 North LaSalle Street
Suite 2900
Chicago, Illinois 60601-1014

Alan A. Satyr
Littler Mendeleson P.C.
200 North LaSalle Street
Suite 2900
Chicago, Illinois 60601-1014

PLEASE TAKE NOTICE that on Thursday, May 15, 2008, at the hour of 11:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Blanche M. Manning, Judge of the United States District Court for the

F:261948 / 07310030 / 5/12/08            -1-

Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in her stead and present the attached Plaintiffs' Motion for Leave of Court to File Second Amended Complaint.

                                                Respectfully submitted,

May 12, 2008

                                             s/ Rathna C. Rodgers
Rathna C. Rodgers (ARDC #06239131)
Attorney for Plaintiffs
Central States, Southeast and Southwest
Areas Pension Fund, Central States,
Southeast and Southwest Areas
Health and Welfare Fund
9377 West Higgins Road
Rosemont, Illinois 60018
(847) 518-9800, Ext. 3435
rrodgers@centralstatesfunds.org

## CERTIFICATE OF SERVICE

I, Rathna C. Rodgers, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that on May 12, 2008, I caused the foregoing Notice of Motion and Plaintiffs' Motion for Leave of Court to File Second Amended Complaint to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

 s/ Rathna C. Rodgers  
Rathna C. Rodgers (ARDC #06239131)  
One of the Plaintiffs' Attorneys