IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6933 Judge Blanche M. Manning |
| v. | ) ) | Magistrate Judge Denlow |
| AGL RESOURCES, INC., a Georgia Corporation; NUI CAPITAL CORP., a Florida corporation; and PIVOTAL UTILITY HOLDINGS, INC., f/k/a NUI UTILITIES, INC., a New Jersey corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Via the court's electronic filing system:

| Frederick L. Schwartz | Alan A. Satyr |
|---|---|
| Littler Mendeleson P.C. | Littler Mendeleson P.C. |
| 200 North LaSalle Street | 200 North LaSalle Street |
| Suite 2900 | Suite 2900 |
| Chicago, Illinois 60601-1014 | Chicago, Illinois 60601-1014 |

PLEASE TAKE NOTICE that on Tuesday, May 27, 2008, we filed with the Clerk of

the United States District Court for the Northern District of Illinois, Eastern Division, the

attached Second Amended Complaint, a copy of which is attached hereto and served upon you herewith.

Respectfully submitted,

 s/ Rathna C. Rodgers
Rathna C. Rodgers (ARDC #06239131)
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3435
rrodgers@centralstatesfunds.org

## **CERTIFICATE OF SERVICE**

    I, Rathna C. Rodgers, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that on May 27, 2008, I caused the foregoing Notice of Filing and the Second Amended Complaint to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system and those parties listed below.

                        s/ Rathna C. Rodgers
                        Rathna C. Rodgers (ARDC #06239131)
                        One of the Plaintiffs' Attorneys