IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>AGL RESOURCES, INC., a Georgia Corporation; NUI CAPITAL CORP., a Florida Corporation; and PIVOTAL UTILITY HOLDINGS, INC., F/K/A NUI UTILITIES, INC., a New Jersey Corporation,<br><br>Defendants. | No. 07 C 6933<br><br>Judge Manning<br>Magistrate Judge Denlow |

## NOTICE OF FILING

TO:  Rathna C. Rodgers
     Central States Law Dept.
     9377 West Higgins Road
     Rosemont, Illinois 60018
     rrodgers@centralstatesfunds.org

**PLEASE TAKE NOTICE** that on June 5, 2008 Defendants filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the attached Answer to Second Amended Complaint and Counterclaim against Plaintiffs, a copy of which is attached hereto and served upon you herewith.

                                        Respectfully submitted,
                                        AGL Resources, Inc., et. al.

                                        By:/s/ Alan A. Satyr
                                             One of Its Attorneys

Frederick L. Schwartz (#6204341)
Alan A. Satyr ( #6238021)
Jordan M. Goodman (#6292897)
Littler Mendelson, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601
312.372.5520

Firmwide:85457325.1 039906.1090