IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee,<br><br>        Plaintiffs/Counter-Defendants,<br><br>v.<br><br>AGL RESOURCES, INC., a Georgia Corporation; NUI CAPITAL CORP., a Florida Corporation; and PIVOTAL UTILITY HOLDINGS, INC., F/K/A NUI UTILITIES, INC., a New Jersey Corporation,<br><br>        Defendants/Counter-Plaintiffs. | No. 07 C 6933<br><br>Judge Manning<br>Magistrate Judge Denlow |

## NOTICE OF MOTION

TO:    Rathna C. Rodgers
        Central States Law Dept.
        9377 West Higgins Road
        Rosemont, Illinois 60018
        rrodgers@centralstatesfunds.org
        rchikkalingaiah@centralstatesfunds.org

        **PLEASE TAKE NOTICE** that on June 24, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Manning, or any judge sitting in her stead, in courtroom 2125, usually occupied by her, at 219 South Dearborn Street, Chicago, Illinois 60604,** and then and there present the attached Agreed Motion to Remove and Re-File Redacted Exhibits to Defendants' Counterclaim.

        Respectfully submitted,

        AGL Resources, Inc.

        By:/s/Jordan M. Goodman
        Attorney for Defendants/Counter-Plaintiffs

Frederick L. Schwartz (#6204341)
Alan A. Satyr (#6238021)
Jordan M. Goodman (#6292897)
Littler Mendelson, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601
312.372.5520

## CERTIFICATE OF SERVICE

I, Jordan M. Goodman, an attorney hereby certify that on June 19, 2008, a copy of the foregoing Agreed Motion to Remove and Re-File Redacted Exhibits to Defendants' Counterclaim was filed electronically, using the CM/ECF System which will automatically send e-mail notifications of such filing to the following attorney of record.

Rathna C. Rodgers
Central States Law Dept.
9377 West Higgins Road
Rosemont, Illinois 60018
rrodgers@centralstatesfunds.org
rchikkalingaiah@centralstatesfunds.org

/s/Jordan M. Goodman

Firmwide:85599289.1 039906.1090