## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6933 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Central States, SE & SW Area PenFd vs. AGL Resources, Inc, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/26/2008 at 11:00 a.m. Defendants having filed answer and second counterclaim to plaintiffs' amended complaint [38], defendants' first counterclaim [19] is hereby dismissed. Defendants intend to file a motion to remove and re-file redacted exhibits to their counterclaim. Before filing said motion, defendants shall first contact the Clerk's Office to inquire exactly what needs to be contained in their motion to achieve the relief sought.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | rs |
|---|---|---|