## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:07−cv−06933

                                                        Honorable Blanche M.
                                                        Manning

AGL Resources, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

        MINUTE entry before the Honorable Blanche M. Manning:
Defendants/counter−plaintiffs agreed motion to remove and re−file redacted exhibits to
defendants' counterclaim [42] is granted.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.