## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CV 6933 | **DATE** | July 3, 2008 |
| **CASE TITLE** | *Central States v. AGL Resources* | | |

**DOCKET ENTRY TEXT**

The court previously granted [45-1] an agreed motion to remove and allow the defendants to re-file redacted copies of exhibits to their counterclaim. However, despite an earlier admonition to the defendants that they contact the clerk's office to determine what direction the clerk needs to carry out the substitution, the clerk has contacted the court seeking further direction. Accordingly, if the defendants still want redacted exhibits substituted for the exhibits currently on file, they are directed to again contact the clerk's office to discuss the specific direction that the clerk needs. The defendants shall then provide this court with a draft order that contains all of the direction the clerk told the defendant that it needs.

☐ [ For further details see text below.]    Docketing to mail notices.

00:00

### STATEMENT

rs/cpb