Order Form (01/2005)
# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6933 | **DATE** | 7/18/2008 |
| **CASE TITLE** | Central States, SE & SW Areas PenFd, et al vs. AGL Resources, Inc, et al. | | |

**DOCKET ENTRY TEXT**

The Clerk of Court shall place under seal the following exhibits currently on the electronic docket: Exhibit A to defendants' answer to first amended complaint and defendants' counterclaim (Docket #19), Exhibit A to defendants' response to motion to dismiss counterclaim and for leave instanter to amend its counterclaim (Docket #27). Enter Agreed Order to Place Exhibits Under Seal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: rs

2008 JUL 18 PM 4:56

U.S. DISTRICT COURT
CLERK
FILED