

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs / Counter-Defendants,<br><br>v.<br><br>AGL RESOURCES, INC., a Georgia Corporation, NUI CAPITAL CORP., a Florida Corporation; and PIVOTAL UTILITY HOLDINGS, INC., f/k/a NUI UTILITIES, INC., a New Jersey Corporation,<br><br>Defendants / Counter-Plaintiffs. | No. 07 C 6933<br><br>Judge: Blanche M. Manning<br>Magistrate: Judge Denlow |

### AGREED ORDER TO PLACE EXHIBITS UNDER SEAL

This matter came before the Court on the parties' Agreed Motion To Remove And Re-File Redacted Exhibits To Defendants' Counterclaim, granted on June 24, 2008. Defendants / Counter-Plaintiffs' ("Defendants") request that exhibits to the electronic docket be placed under seal.

IT IS HEREBY ORDERED THAT the Clerk of the Court is directed to place under seal the following exhibits currently on the electronic docket:

1. Exhibit A to Defendants' Answer to Plaintiffs' First Amended Complaint and Defendants' Counterclaim Against Plaintiffs (Docket Number 19)

2. Exhibit A to Defendants' Response to Plaintiffs' Motion to Dismiss Counterclaim

1

and Motion for Leave Instanter to Amend its Counterclaim (Docket Number 27).

Dated: 7/18/2008

ENTERED: *Blanche M. Manning*

United States District Court

Judge Blanche M. Manning

AGREED:

/s/ Rathna C. Rodgers

Rathna C. Rodgers

Counsel for Plaintiffs

/s/ Jordan M. Goodman

Jordan M. Goodman

Counsel for Defendants

2