IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>AGL RESOURCES, INC., a Georgia Corporation; NUI CAPITAL CORP., a Florida Corporation; and PIVOTAL UTILITY HOLDINGS, INC., F/K/A NUI UTILITIES, INC., a New Jersey Corporation,<br><br>Defendants. | No. 07 C 6933<br><br>Judge Manning<br>Magistrate Judge Denlow |

## NOTICE OF MOTION

TO: Rathna C. Rodgers
Central States Law Dept.
9377 West Higgins Road
Rosemont, Illinois 60018
rrodgers@centralstatesfunds.org

**PLEASE TAKE NOTICE** that on July 29, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Manning, or any judge sitting in her stead, in the courtroom 2125, usually occupied by her, at 219 South Dearborn Street, Chicago, Illinois 60604,** and then and there present the attached Agreed Motion to Stay.

Respectfully submitted,

AGL Resources, Inc.

By: /s/ Alan A. Satyr
One of Its Attorneys

Frederick L. Schwartz (#6204341)
Alan A. Satyr (#6238021)
Jordan M. Goodman (#6292897)
Littler Mendelson, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601
312.372.5520

## CERTIFICATE OF SERVICE

I, Jordan Goodman, an attorney, hereby certify that on July 24, 2008, a copy of the foregoing AGREED MOTION TO STAY was filed electronically, using the CM/ECF System which will automatically send e-mail notifications of such filing to the following attorney of record.

> Rathna C. Rodgers
> Central States Law Dept.
> 9377 West Higgins Road
> Rosemont, Illinois 60018
> rrodgers@centralstatesfunds.org

/s/ Jordan Goodman

Firmwide:85995011.1 039906.1082

-2-